No. 511. ALBERT R. MOULTON, PETITIONER, v. GEORGE M. COBURN ET AL. January 30, 1905. Petition for a writ of

certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Charles P. Searle* and *Mr. Lee M. Friedman* for petitioner. *Mr. Frederic D. McKenney* for respondents.